## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SINDY ESTEPHANY CRESPO CARHUAS,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-cv-03017-VBF-PD

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND ORDERING RELEASE**

**A# 246-619-356**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge.  The objections period was eliminated because the government did not present an opposition argument.  The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, Count Two of the Petition is granted, and the remaining counts are dismissed without prejudice.  The Court orders the following:

(1) Respondents shall release Petitioner Sindy Estephany Crespo Carhuas (A# 246-619-356) from immigration custody within 24

hours of the release order on the same conditions of release that existed before her re-detention;

(2) Respondents shall file a status report within three days of this Order confirming Petitioner has been released; and

(3) Respondents are enjoined from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice describing the change of circumstances necessitating Petitioner's arrest and detention, and a timely hearing.  At any such hearing, the Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight, and Petitioner shall be allowed to have her counsel present.

Date:  June 10, 2026

_Valerie Baker Fairbank_

_____

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE