# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINDY ESTEPHANY CRESPO CARHUAS, | Case No. 5:26-cv-03017-VBF-PD |
| Petitioner, | **JUDGMENT** |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Ordering Release,

IT IS ADJUDGED that the Petition is granted in part.  Count Two is granted and the remaining counts are dismissed without prejudice.

Date:  June 10, 2026

*Valerie Baker Fairbank*

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE